452 A.2d 1103

Commonwealth v. Reviello, Appellant.

Petition for Allowance of Appeal Denied March 1, 1983.

Submitted February 23, 1982. James Richard Moyles, for appellant; Elviria C. La-Barre, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Northampton County Common Pleas Court, Judge Robert A. Freedberg, is affirmed.

452 A.2d 1104

Commonwealth v. Savoy, Appellant.

Submitted October 19, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.